JS - 6

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-1951-VAP (RCx))                              Date:  January 26, 2009

Title:     LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF18, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18 -v- MIGUEL A. VASQUEZ AND AMANDA A. CORTEZ; and DOES 1 to 25, Inclusive
===============================================================
PRESENT:    HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

          Marva Dillard                                    None Present
          Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                              DEFENDANTS:

          None                                             None

PROCEEDINGS:    MINUTE ORDER: (1) VACATING JANUARY 30, 2009 HEARING; (2) GRANTING MOTION TO REMAND (IN CHAMBERS)

    The Court has received and considered all papers filed in support of Plaintiff LaSalle Bank National Association as Trustee for First Franklin Mortgage Loan Trust 2006-FF18's ("Plaintiff") Motion to Remand ("Motion").  Plaintiff's Motion is appropriate for resolution without oral argument.  <u>See</u> Fed. R. Civ. P. 78; Local R. 7-15.

MINUTES FORM 11                                              Initials of Deputy Clerk <u>dts</u>
CIVIL -- GEN                    Page 1

EDCV 08-1951-VAP (RCx))
LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF18, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18 v MIGUEL A. VASQUEZ AND AMANDA A. CORTEZ; and DOES 1 to 25, Inclusive
MINUTE ORDER of January 26, 2009

      The Court granted Plaintiff's Ex Parte Application for an Order Shortening Time on January 16, 2009 and set this matter for hearing on January 30, 2009, with Opposition to be filed no later than January 22, 2009.  Under Local Rule 7-9, a party must file opposition papers no later than 14 days before the date designated for the hearing of the motion.  Defendants filed no opposition.  Under Local Rule 7-12, the Court finds Defendants have consented to granting the Motion.  Plaintiff's Complaint is remanded to the Superior Court for the County of San Bernardino.

      **IT IS SO ORDERED.**

MINUTES FORM 11                                                               Initials of Deputy Clerk dts
CIVIL -- GEN                              Page 2